**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00900-CR
No. 05-13-00901-CR

**JAMES RILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-40796-S, F11-40798-S**

## ORDER

By letter dated October 3, 2013, the Court notified the trial court judge that we had not received the trial court's certifications of appellant's right to appeal in these cases. We asked the trial court to review the records and to file, within ten days, certifications that accurately reflect the trial court proceedings. To date, we have not received the completed certifications. Texas Rule of Appellate Procedure 25.2 requires the trial court to prepare a certification in every case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d), *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

Accordingly, we **ORDER** the trial court to file, within **TEN DAYS** of the date of this order, completed certifications of appellant's right to appeal that accurately reflect the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE